IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ISSAC L. KING                                                                                           PLAINTIFF

v.                              CASE NO. 4:17-CV-0073 BSM

PATRICK STAGE,
Care Provider, Saline County Jail, et al.                                                      DEFENDANTS

## ORDER

The recommended partial disposition [Doc. No. 20] submitted by United States Magistrate Judge J. Thomas Ray has been received. No objections have been filed. After careful review of the record, the recommended partial disposition is adopted in its entirety.

Accordingly, King's claims against the Saline County Jail are dismissed with prejudice. King may proceed with his inadequate medical care claim against Stage and Briann, and the clerk is directed to prepare a summons for Stage and Briann. The U.S. Marshal is directed to serve the summons, amended complaint, second amended complaint, and this order on them without prepayment of fees and costs or security therefor. If Stage or Briann are no longer Saline County employees, the individual responding to service must file a sealed statement providing the unserved defendants' last known private mailing address. It is certified that an *in forma pauperis* appeal from this order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 21st day of June 2017.

_____
UNITED STATES DISTRICT JUDGE